**Order entered June 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00115-CV

**SHIHAB DIAIS AND ODESSA DENTAL SOLUTIONS, P.A., Appellants**

**V.**

**LAND ROVER DALLAS, L.P. AND SNELL MOTOR COMPANY OPERATIONS GP, LLC, GENERAL PARTNER, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01137**

## ORDER

We **GRANT** appellees' June 10, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than June 26, 2015.

/s/    CRAIG STODDART
        JUSTICE